IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JOSE DELGADO-NATAL, a/k/a "Masacre"<br>Defendant | CRIMINAL 13-0226CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 16, 2013 (**docket entry 26**) on a Rule 11 proceeding of defendant José Delgado-Natal held before U.S. Magistrate Judge Bruce J. McGiverin on July 16, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 16, 2013. The **sentencing hearing is set for October 15, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 5, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge